ACCEPTED
06-15-00192-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 11:28:17 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:     06-15-00192-CR

Appellate Case Style: Style:     ROGER BRADFORD

Vs.     State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/21/2015 11:28:17 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement:  ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:  ROGER | ☒ Lead Attorney |
| Middle Name: | First Name:  VERNARD |
| Last Name:  BRADFORD | Middle Name:  GRIMES |
| Suffix: | Last Name:  SOLOMON |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed        ☐ District/County Attorney |
| Pro Se:  ○ | ☐ Retained          ☐ Public Defender |
| | Firm Name:  SOLOMON LAW CENTER |
| | Address 1:  103 E. HOUSTON |
| | Address 2: |
| | City:  MARSHALL |
| | State:  Texas          Zip+4:  75670 |
| | Telephone:  903.938.4555       ext. |
| | Fax:  903.938.5151 |
| | Email:  vsolomon@swbell.net |
| | SBN:  18835000 |
| | Add Another Appellant/ Attorney |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|

**III.  Appellee**

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ○

**IV.  Appellee Attorney(s)**

☐ Lead Attorney

First Name: COKE

Middle Name:

Last Name: SOLOMON

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained       ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State: Texas          Zip+4:

Telephone:          ext.

Fax:

Email:

SBN:                      Add Another Appellee/ Attorney

**V.  Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Intoxication Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:

Offense charged: DWI

Date of offense: MARCH 4, 2015

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: November 5, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: FOUR (4)

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

**VI.  Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☐ Yes  ☒ No      If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No      If yes, date filed:

Other:  ☐ Yes  ☐ No      If yes, date filed:

If other, please specify:

**VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☐ Yes  ☒ No  ☐ NA      If yes, date filed:

Date of hearing:          ☐ NA

Date of order:          ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☐ NA      If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 71ST JUDICAL DISTRICT

County: HARRISON

Trial Court Docket Number (Cause no): 15-0152X

Trial Court Judge (who tried or disposed of the case):

First Name: BRAD

Middle Name:

Last Name: MORIN

Suffix:

Address 1: 200 W. HOUSTON

Address 2:

City: MARSHALL

State: Texas        Zip + 4:

Telephone: 903.935.8407        ext.

Fax: 903.935.9963

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☐ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: SOON

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter         ☐ Court Recorder
☐ Official               ☐ Substitute

First Name: TONYA

Middle Name:

Last Name: MCFARLAND

Suffix:

Address 1: 200 W. HOUSTON

Address 2:

City: MARSHALL

State: Texas        Zip + 4: 75670

Telephone: 903.923.4016        ext. 1073

Fax:

Email:

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____ Court: _____

Style: _____

Vs. State of Texas

## X.  Signature

_____

Signature of counsel (or Pro Se Party)    Date: 12/21/2015

_____

State Bar No: 18835000

Printed Name:

Electronic Signature:  VERNARD SOLOMON    Name:  VERNARD SOLOMON

(Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 21, 2015 .

_____

Signature of counsel (or pro se party)    Electronic  Signature:  Vernard Solomon

(Optional)

State Bar No.:  18835000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;

(2) the name and address of each person served, and

(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 12/21/2015

Manner Served: Email

First Name: Coke

Middle Name: Ward

Last Name: Solomon

Suffix:

Law Firm Name: Harrisson County D.A.

Address 1: 200 W. Houston

Address 2:

City: Marshall

State Texas      Zip+4: 75670

Telephone: 903.935.8408    ext.

Fax:

Email: